UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

vs.

KOMILJON TOIROV,

    Defendant-Appellee.

No. 25-2074

## UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY

Pursuant to 10th Cir. R. 9.3, the United States of America hereby moves this Court for permission to file a reply (by August 5, 2025) to Defendant-Appellee Komiljon Toirov's response to the United States's bail memo brief. As grounds for this motion, the government states as follows:

1. The United States wishes to address several points contained in Toirov's response, to include his contention that this Court could affirm on the basis that "the Government did not dispute that Mr. Toirov was not a flight risk," Def. Resp. 2; that this appeal involves any issue subject to a clear-error standard of review, *id.* at 9; that the requirement of "conspicuous posting" informs the mens rea element of 50 U.S.C. § 797, Def. Resp. 11; that this Court's decision in *United States v. Floyd*, 477 F.2d 217 (10th Cir. 1973) supports his reading of the mens rea element of 18 U.S.C. § 1382, Def. Resp. 15-

16; that Toirov's admitted violation of 8 U.S.C. § 1325 is irrelevant to the government's proof under the NDA charges, Def. Resp. 19-23; and that the rule of lenity could apply to the disputed mens rea element of either or both statutes, *id*. at 23-24.

2.  Full briefing is warranted here as the mens rea issues central to this appeal are issues of first impression for this circuit, and indeed, as far as counsel is aware, for any circuit court of appeal.

3.  Amanda Skinner, attorney for Mr. Toirov, does not oppose this motion.

For the foregoing reasons, the United States respectfully requests that this Court permit it to file a reply to Mr. Toirov's bail memo response on or before August 5, 2025.

Respectfully submitted,

RYAN ELLISON
United States Attorney
201 3rd St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
ryan.ellison@usdoj.gov

2

CERTIFICATE OF SERVICE AND DIGITAL SUBMISSION

I HEREBY CERTIFY that the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on July 23, 2025.  I ALSO CERTIFY that Amanda Skinner, attorney for defendant/appellee Komiljon Toirov, is a registered CM/ECF user, and that service will be accomplished by the appellate CM/ECF system.

*s\ Ryan Ellison*
RYAN ELLISON
United States Attorney