UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

vs.

No. 25-2074

KOMILJON TOIROV,

    Defendant-Appellee.

## NOTICE REGARDING CUSTODY STATUS

The United States of America hereby notifies the Court that on July 30, 2025, Immigration and Customs Enforcement transported Appellee Komiljon Toirov to New York and released him on an order of supervision pending travel arrangements to his home country of Uzbekistan. The date of Toirov's removal is unknown at this time.

This change in custodial status does not alter the United States' position on Toirov's flight risk. The United States has always argued that Toirov is a flight risk and should be detained pretrial under the Bail Reform Act, *see* 1A.33, 3A.41-42, and it maintains that position now.

Respectfully submitted,

RYAN ELLISON
United States Attorney
201 3rd St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
ryan.ellison@usdoj.gov

CERTIFICATE OF SERVICE AND DIGITAL SUBMISSION

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on July 31, 2025. I ALSO CERTIFY that Amanda Skinner, attorney for defendant/appellee Komiljon Toirov, is a registered CM/ECF user, and that service will be accomplished by the appellate CM/ECF system.

*s\ Ryan Ellison*
RYAN ELLISON
United States Attorney