UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 20, 2025

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
100 North Church Street, Suite 280
Las Cruces, NM 88001

Mr. Ryan Ellison
Mr. Grant Gardner
Office of the United States Attorney
District of New Mexico
200 North Church Street
Las Cruces, NM 88001

Mr. Jackson Kemper Dering
U.S. Department of Justice
200 North Church Street
Las Cruces, NM 88001

Mr. Darren Robinson
Ms. Amanda Skinner
Office of the Federal Public Defender
District of New Mexico
506 South Main Street, Suite 400
Las Cruces, NM 88001

**RE:**     **25-2074, United States v. Toirov**
         Dist/Ag docket: 2:25-CR-01801-SMD-1

Dear Counsel and Clerkt:

Please be advised that the court's order and judgment for this case issued today.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/klp